IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLISON SMITH and ALEXANDER SMITH, Individually and as Next Friends of O.S., a Minor Child,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>UNITED STATES OF AMERICA and DOE DEFENDANTS 1-100,<br><br>　　　　　　Defendants. | Civil No. 26-00056 JMS-WRP<br>(Federal Tort Claims Act)<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM** |

### ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM

On February 5, 2026, Plaintiffs Allison and Alexander Smith, individually and as Next Friends for O.S., their minor child, filed an Ex Parte Motion for Leave to Proceed Under a Pseudonym. After considering the Motion, supporting memorandum, and good cause appearing therefor, the Court GRANTS the Ex Parte Motion and hereby authorizes Plaintiff O.S. to proceed under a pseudonym.

Plaintiff O.S.'s identity shall be disclosed to the Court by declaration under seal. Plaintiff O.S.'s true identity shall otherwise remain confidential, and the parties shall not publicly reveal his/her identity without leave of court.

//

//

IT IS SO ORDERED.

DATED:   Honolulu, Hawaiʻi, February 6, 2026.



Wes Reber Porter
United States Magistrate Judge

*Smith v. United States,* Civil No. 26-00056 JMS-WRP; ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM