KENNETH M. SORENSON
United States Attorney
District of Hawaii

TRACY J. WEINSTEIN NY#5300579
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Tracy.Weinstein@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLISON SMITH and ALEXANDER SMITH, Individually and as Next Friends of O.S., a Minor Child,<br><br>                Plaintiff,<br><br>        vs.<br><br>UNITED STATES OF AMERICA and DOE DEFENDANTS 1-100,<br><br>                Defendants. | CASE NO. CV26-00056 JMS-WRP<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT UNITED STATES OF AMERICA; CERTIFICATE OF SERVICE |

NOTICE OF APPEARANCE ON
BEHALF OF DEFENDANT UNITED STATES OF AMERICA

Assistant United States Attorney Tracy J. Weinstein hereby enters her

appearance on behalf of Defendant United States of America.

DATED: March 4, 2026, at Honolulu, Hawaii.

KENNETH M. SORENSON
United States Attorney
District of Hawaii

/s/ Tracy J. Weinstein
By_____
TRACY J. WEINSTEIN
Assistant U.S. Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this date and by the method of service noted below,

a true and correct copy of the foregoing was served on the following at their last

known address:

<u>Served Electronically via CM/ECF:</u>

| | |
|---|---|
| LORETTA A. SHEEHAN, ESQ. | Lsheehan@davislevin.Com |
| AIMEE LUM, ESQ. | Alum@davislevin.Com |
| MARK S. DAVIS, ESQ. | Mdavis@davislevin.Com |
| MICHAEL K. LIVINGSTON, ESQ. | Mlivingston@davislevin.Com |

Topa Financial Center, Fort Street Tower
745 Fort Street, Suite 1550
Honolulu, HI 96813-4317

Attorneys for Plaintiff

DATED: March 4, 2026, at Honolulu, Hawaii.


/s/ Tracy J. Weinstein
_____
U. S. Attorney's office
District of Hawaii